# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### INFORMAL BRIEF OF APPELLANT

**RECEIVED**

FEB 06 2026

United States Court of Appeals
For the Federal Circuit

Case Number: 2026-1368

Short Case Caption: Lawson v US

Name of Appellant: Angeliina L Lawson

**Instructions:** Read the Guide for Unrepresented Parties before completing this form. Answer the questions as best as you can. Attach additional pages as needed to answer the questions. This form and continuation pages may not exceed 30 pages.

Attach a copy of the trial court's opinion, order, and/or judgment. You may also attach other record material as an appendix. Any attached material should be referenced in answer to the below questions. Please redact (erase, cover, or otherwise make unreadable) social security numbers or comparable private personal identifiers that appear in any attachments you submit.

1. Have you ever had another case before this court?  ☐ Yes  ☒ No
   If yes, state the name and number of each case.

2. Did the trial court incorrectly decide or fail to take into account any facts?
   ☒ Yes  ☐ No
   If yes, what facts?

   The US assumed exclusive federal jurisdiction over my case under 28 USC 1446(d). During that time, the federal court did not act to preserve or protect financial entitlements, access to adjudication or my parenting rights. The trial court also ignored that my claim sought just compensation for the loss of those interests, not to relitigate or review any state or appellate court decision.

3. Did the trial court apply the wrong law? ☒ Yes ☐ No

    If yes, what law should be applied?

    The trial court misapplied Takings Clause doctrine by treating my claim as a request to review another court's decision. My claim was brought under Fifth Amendment of the US Constitution and the Tucker Act (28 USC 1491(a)), which allows compensation for the constructive taking of protected interests by federal gov't. The correct law is that a taking may occur through government omission or structural abandonment, not only through direct action. The court should have applied precedents like First English, Kimball Laundry and Horne, which recognize that compensation is required when gov't control results in loss of property like interests.

4. Did the trial court fail to consider important grounds for relief? ☒ Yes ☐ No

    If yes, what grounds?

    The trial court failed to consider that my claim was based on the extinguishment of protected interests during a period of exclusive federal jurisdiction, not on any judicial decision or appeal. I sought relief based on the gov't's failure to maintain that jurisdiction and prevent harm, which resulted in destruction of my parenting access, diversion of financial entitlements, and denial of access to legal protections. These are valid grounds for constitutional Takings claim, which the court never addressed. In addition, the trial court →

5. Are there other reasons why the trial court's decision was wrong? ☒ Yes ☐ No

    If yes, what reasons?

    The court mischaracterized my motive and misstated my legal theory. It said I was "dissatisfied with litigation" and trying to revisit other court's decisions, but I explicitly stated that my claim was not about judicial error. It was about US failing to act in exclusive control, and the resulting loss of property rights. The court's reasoning was circular: It claimed it could not review other courts, but then dismissed my case by interpreting what happened in those courts, without reaching the constitutional issue.

4. ... found that allowing amendment would be futile, effectively concluding that no version of my constitional Takings claim could ever be heard. Because the dismissal was based on lack of jurisdiction, simply refiling the case would not cure the error — the court's ruling bars even the opportunity to reframe or amend the compliant. Therefore, this appeal presents a pure legal question: whether the Court of Federal Claims can adjudicate a Takings claim where the alleged taking occurred through the government's abandonment of jurisdiction it had exclusively assumed under 28 USC 1446(d). Only this court can resolve that structural question.

6. What action do you want this court to take in this case?

> I respectfully request that this Court reverse the dismissal of my case and remand it to the Court of Federal Claims with instructions to allow me to file an amended complaint and proceed to adjudication on the merits of my Fifth amendment Takings Clause claim

Date: 1/29/26

Signature: [signature]

Name: Angelina L Lawson

Angeliina Lawson
1914 5th Ave
Leavenworth, KS 66048



**RECEIVED**

FEB 06 2026

United States Court of Appeals
For the Federal Circuit

Clerk of Court
US Court of Appeals for Federal Circuit
717 Madison Place, N.W
Washington DC 20439