NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ANGELIINA LYNN LAWSON,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

2026-1368

Appeal from the United States Court of Federal Claims in No. 1:25-cv-02097-RAH, Judge Richard A. Hertling.

**ON MOTION**

PER CURIAM.

**O R D E R**

Angeliina Lynn Lawson moves for leave to proceed *in forma pauperis*.

The court notes that the United States Court of Federal Claims certified under 28 U.S.C. § 1915(a)(3) that any appeal from its decision would not be taken in good faith.

Accordingly,

IT IS ORDERED THAT:

(1) Within 30 days from the date of entry of this order, the parties are directed to respond as to whether this case should be dismissed or summarily affirmed. Ms. Lawson's failure to file a response to this order shall result in dismissal for failure to prosecute.

(2) The motion is held in abeyance, and these proceedings are otherwise stayed.

FOR THE COURT

February 25, 2026
Date

Jarrett B. Perlow
Clerk of Court